UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| SANDRA HOY, | ) | Civil No. 10-3021 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JOINT MOTION FOR DISMISSAL** |
| | ) | |
| COUNTRY PRIDE COOPERATIVE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the parties in this matter and jointly move to dismiss this action on its merits, with prejudice and without costs to either party.

Dated this 24 day of August, 2012.

JOHNSON POCHOP LAW OFFICE

By: _____
Ms. Stephanie E. Pochop
Attorney for Plaintiff
PO Box 149
Gregory, SD 57533

Dated this 2 day of August, 2012.

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

By: _____
Jane Wipf Pfeifle
Attorneys for Defendant
PO Box 8250
Rapid City, SD 57709

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| SANDRA HOY, | ) | Civil No. 10-3021 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| COUNTRY PRIDE COOPERATIVE, INC. | ) ) | |
| | ) | |
| Defendant. | ) | |

Having reviewed the parties' Joint Motion for Dismissal, it is hereby ORDERED that the joint motion is granted and this matter may be dismissed on its merits, with prejudice, and without costs to either party.

Dated this ___ day of _____, 2012.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE