UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| KARA ENGLE, as Special Administrator of the Estate of SANDRA HOY, | * * * | CIV 10-3021-RAL |
| Plaintiff, | * | |
| vs. | * * * | JUDGMENT OF DISMISSAL |
| COUNTRY PRIDE COOPERATIVE, INC., | * * | |
| Defendant. | * | |

On August 24, 2012, the parties filed a Joint Motion for Dismissal (Doc. 40), seeking dismissal of the case with prejudice and without taxation of costs. For good cause, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Joint Motion for Dismissal (Doc. 40) is granted and that Judgment of Dismissal of Plaintiff's claims with prejudice and without taxation of costs hereby enters.

Dated August 28, 2012.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE